**Order entered July 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00125-CR

**JOSHUA JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-00551-X**

## ORDER

Before the Court is the District Clerk's June 27, 2012 request for an extension of time to file a Second Supplemental Clerk's Record containing a detailed itemization of the costs assessed in this case that complies with articles 103.001 and 103.006 of the Texas Code of Criminal Procedure. We **GRANT** the request. The District Court is **ORDERED** to file the Second Supplemental Clerk's Record by **July 12, 2013**.

/s/ MICHAEL J. O'NEILL
PRESIDING JUSTICE